# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2637

_____

| | | |
|---|---|---|
| Byron L. Coleman, | * | |
| | * | |
| Plaintiff-Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Swift Independent Packing Company; | * | |
| Swift & Company, formerly known as | * | Appeal from the United States |
| Monfort, Inc.; Con-Agra, doing | * | District Court for the Southern |
| business as Swift & Company; Monfort | * | District of Iowa. |
| Pork, filed as Monfort Pork, Monfort, | * | |
| Swift and Company; | * | [UNPUBLISHED] |
| | * | |
| Defendants-Appellees, | * | |
| | * | |
| Mike Weber; Tony Harris; Vern | * | |
| Cosselman; Dave Feeback, | * | |
| | * | |
| Defendants. | * | |

_____

Submitted:  March 17, 2000

Filed:  March 23, 2000

_____

Before HANSEN and FAGG, Circuit Judges, and NANGLE,* District Judge.

_____

*The Honorable John F. Nangle, United States District Judge for the Eastern District of Missouri, sitting by designation.

PER CURIAM.

Byron L. Coleman appeals an adverse grant of summary judgment in Coleman's state law-based employment action. Coleman contends that ConAgra, Inc. and its wholly owned subsidiary Swift & Company wrongfully terminated his employment and fraudulently misrepresented the basis for his termination. After de novo review, we are satisfied the magistrate judge correctly applied state law, and the record supports the magistrate judge's ruling. Because a comprehensive opinion in this meritless diversity case would lack precedential value, we affirm for the reasons set forth in the magistrate judge's well-reasoned opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.